UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   Case No.: 23-CV-00183

TRUSTEES OF THE BUILDING TRADES
EDUCATION BENEFIT FUND, THE BUILDING
TRADES ANNUITY FUND, BUILDING TRADES
WELFARE FUND and ELECTRICIAN'S
RETIREMENT FUND

                              Plaintiffs,   **VOLUNTARY NOTICE**
                                                                **OF DISMISSAL**

    -against-

MER Electric Inc., Victor Tzarbatzoglou and
William Mavrelis, Individually,

                              Defendant.
-----------------------------------------------------------x

PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiff by the undersigned attorney of record hereby voluntarily dismisses the above entitled action against the Defendants.

Dated: July 24, 2023
       Hempstead, New York

                                            By:_____
                                                BARNES, IACCARINO & SHEPHERD LLP
                                                Danielle M. Carney, Esq.
                                                Attorney for Plaintiff
                                                3 Surrey Lane, Suite 200
                                                Hempstead, NY 11550
                                                (516) 483-2990

7.25.2023